UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MOHAMAD ABOUKHODR,

    Plaintiff,

v.

    Case No. 23-cv-10395
    Hon. Matthew F. Leitman

DOES 1-10,

    Defendant.
_____/

## ORDER GRANTING PLAINTIFF'S RENEWED MOTION FOR LEAVE TO CONDUCT EARLY DISCOVERY TO IDENTIFY DEFENDANTS DOES 1-10 (ECF No. 10)

Pursuant to Federal Rule of Civil Procedure 26(d), Plaintiff seeks to serve a third-party subpoena prior to a Rule 26(f) conference, in order to learn the identity of the John Doe defendants. Plaintiff alleges that the Doe defendants are credit reporting agencies that provided inaccurate information to Citizens Bank, N.A. ("Citizens"), leading Citizens to close his accounts. Plaintiff has attempted to informally seek the identities of the Doe defendants from Citizens and by obtaining his credit reports, to no avail. Plaintiff requests leave to serve a subpoena under Rule 45 on Citizens, limited to obtaining the identities of the Doe defendants.

Having reviewed Plaintiff's motion and the applicable authority, the Court finds that Plaintiff has established good cause for propounding early discovery. *See Malibu Media, LLC v. Doe*, No. 14-14237, 2015 WL 224807, at *1 (E.D. Mich. Jan.

1

15, 2015).  Accordingly, Plaintiff's motion is **GRANTED** and Plaintiff may serve a subpoena on third party Citizens Bank, N.A., limited to obtaining the identities of the Doe defendants.

    **IT IS SO ORDERED.**

                                  s/Matthew F. Leitman  
                                  MATTHEW F. LEITMAN  
                                  UNITED STATES DISTRICT JUDGE

Dated:  July 24, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 24, 2023, by electronic means and/or ordinary mail.

                                  s/Holly A. Ryan  
                                  Case Manager  
                                  (313) 234-5126