UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MOHAMAD ABOUKHODR,

    Plaintiff,

v.

                                Case No. 23-cv-10395
                                Hon. Matthew F. Leitman

DOES 1-10,

    Defendant.

_____/

## ORDER DIRECTING PLAINTIFF TO COMPLETE EARLY DISCOVERY AND SETTING DEADLINE FOR FILING OF AMENDED COMPLAINT

On July 24, 2023, this Court granted Plaintiff's Renewed Motion for Leave to Conduct Early Discovery. (*See* Order, ECF No. 10.)  The Court now directs Plaintiff to complete the permitted early discovery by **November 15, 2023**. In addition, Plaintiff shall file any amended complaint identifying John Doe Defendants by **November 29, 2023**.

    IT IS SO ORDERED.

                                                        s/Matthew F. Leitman
                                                         MATTHEW F. LEITMAN
                                                         UNITED STATES DISTRICT JUDGE

Dated:  October 19, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 19, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan<br>
Case Manager<br>
(313) 234-5126

2