UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MOHAMAD ABOUKHODR,

    Plaintiff,

v.

                                        Case No. 23-cv-10395
                                        Hon. Matthew F. Leitman

DOES 1-10,

    Defendant.

_____/

## ORDER GRANTING FINAL EXTENSION
## OF DEADLINE TO FILE AMENDED COMPLAINT

On October 19, 2023, the Court entered an Order Directing Plaintiff to Complete Early Discovery and Setting Deadline for Filing of Amended Complaint. (*See* Order, ECF No. 12.) The Plaintiff needed the early discovery in order to identify the Defendants he originally named as John Doe Defendants. The Court set November 29, 2023, as the deadline for Plaintiff to file an Amended Complaint. (*See id.*) On November 29, 2023, Plaintiff requested additional time to file an Amended Complaint. (*See* Mot., ECF No. 13, PageID.69.) Plaintiff explained that he was having difficulty obtaining the information he needed to file the Amended Complaint identifying the Defendants by name. The motion for additional time is **GRANTED** for the reasons set forth in the motion. The Court hereby orders Plaintiff to file an Amended Complaint no later than **April 1, 2024**.

**There shall be no further extensions. If Plaintiff fails to file an Amended Complaint properly identifying the Defendants by name by April 1, 2024, the Court will dismiss this action**.

IT IS SO ORDERED.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: February 1, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 1, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126