UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MOHAMAD ABOUKHODR,

    Plaintiff,                               Case No. 23-cv-10395
                                                   Hon. Matthew F. Leitman

v.

DOES 1-10,

    Defendant.
_____/

## ORDER DISMISSING CASE

    Pursuant to the Notice of Voluntary Dismissal Without Prejudice by Plaintiff, this case is DISMISSED without prejudice.

    **IT IS SO ORDERED.**

                                                         s/Matthew F. Leitman
                                                         MATTHEW F. LEITMAN
                                                         UNITED STATES DISTRICT JUDGE

Dated: March 13, 2024

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 13, 2024, by electronic means and/or ordinary mail.

                                                          s/Holly A. Ryan
                                                         Case Manager
                                                          (313) 234-5126